> **NONPRECEDENTIAL DISPOSITION**
> To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 12, 2019
Decided July 12, 2019

**Before**

DIANE P. WOOD, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

Nos. 17-1300 & 17-1325

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 399, *et al.*,<br><br>     *Plaintiff-Appellees, Cross-Appellants*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:16-cv-02395 |
| VILLAGE OF LINCOLNSHIRE, *et al.*,<br><br>     *Defendants-Appellants, Cross-Appellees*. | Matthew F. Kennelly,<br>*Judge*. |

**O R D E R**

The Supreme Court has granted the Village of Lincolnshire's writ of certiorari seeking review of our decision in this case, 905 F.3d 995 (7th Cir. 2018), and has vacated our judgment. See *Village of Lincolnshire v. Int'l Union of Operating Eng'rs Local 399*, No. 18-1070, 2019 WL 653081 (mem.) (U.S. June 10, 2019). Pursuant to the Court's order, we

now remand this case to the District Court with instructions to dismiss the case as moot. See *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).

IT IS SO ORDERED.